## STATE OF CONNECTICUT *v.* LESTER ALLEN

The defendant's petition for certification for appeal from the Appellate Court, 9 Conn. App. 169, is granted, with limitation.

*Martin Zeldis,* assistant public defender, and *Joette Katz,* public defender, in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided February 24, 1987

## STATE OF CONNECTICUT *v.* SAMUEL LOYD

The state's petition for certification for appeal from the Appellate Court, 8 Conn. App. 491, is denied.

*Richard F. Jacobson,* assistant state's attorney, in support of the petition.

*John W. Watson,* assistant public defender, in opposition.

Decided February 24, 1987

## STATE OF CONNECTICUT *v.* SAMUEL LOYD

The defendant's cross petition for certification for appeal from the Appellate Court, 8 Conn. App. 491, is denied.

*John W. Watson,* assistant public defender, in support of the cross petition.

Decided February 24, 1987